AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| BETH BAIRNSON-STOLL, GEORGE BAIRNSON, DOUG HARVEY, STEVEN R. HEDGES, DAVID COX, SUDIPTA TRIPATHY, AMAKHAYA INVESTMENT CORPORATION, & LARRY TIMLICK<br>*Plaintiff(s)*<br>v.<br>LON STONE, RUDOLPH C. SHEPARD, STAN FRY, SCOTT HUMPHREY, PATRICK MAGUIRE, and RAGHU SARIPALLI, and HEMOLIFE MEDICAL, INC. (Nominal Defendant)<br>*Defendant(s)* | Civil Action No. 8:16-CV-1532 DOC (DFMx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached Schedule A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Daniel J. Mogin (dmogin@moginlaw.com)
Jodie M. Williams (jwilliams@moginlaw.com)
THE MOGIN LAW FIRM, P.C.
707 Broadway, Suite 1000
San Diego, CA 92101
Phone: 619-687-6611

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/22/2016

*[signature: J. Tillman]*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:16-CV-1532

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

## Schedule A to Summons

**Lon Stone**
98 Ritz Cove Drive
Dana Point, CA 92629

**Rudolph Shepard**
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660

**Stan Fry**
6830 Mission Grove Pkwy N.
Riverside, CA 92506

**Scott Humphrey**
2150 W Barry Ave.
Chicago, IL 60618

**Patrick Maguire**
8 Keith Drive
Orinda, CA 94563

**Raghu Saripalli**
16207 El Camino Real
Solana Beach, CA 92067

**Hemolife Medical, Inc.** (*nominal defendant*)
24701 La Plaza, Suite 204
Dana Point, CA 92629